UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALEJANDRO ESPINOZA                    CASE NO. 1:23-cv-20162-RNS

    Plaintiff,

vs.

LOEWE MIAMI, LLC**.**
a Foreign limited liability company,
    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    Plaintiff, ALEJANDRO ESPINOZA, through undersigned attorney Diego G. Mendez, pursuant to the Federal Rules Civil Procedure files this Notice of Voluntary Dismissal with Prejudice against LOEWE MIAMI, LLC.**.**

Submitted by:

Mendez Law Offices, PLLC
Attorneys for Plaintiff
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 305.809.8474
Email:info@mendezlawoffices.com
By:            /s/
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

###